CHRISTOPHER HAWKINS
(Name)
1173 FRONT STREET
(Address)
SAN DIEGO, CA, 92101,
(City, State, Zip)
22-7037-86
(CDCR / Booking / BOP No.)

FILED

Nov 01 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ shellyy          DEPUTY

## United States District Court
### Southern District of California

CHRISTOPHER HAWKINS,

(Enter full name of plaintiff in this action.)

                         Plaintiff,

v.

SAN DIEGO POLICE DEPT,
JONATHAN ALLAS, PHILLIP CLAY
STEVEN CHOY, BLASE SCHROEDER,
DANIEL CARDPRESO, ET AL DOES 1-10

(Enter full name of each defendant in this action.)

                        Defendant(s).

Civil Case No. **'22 CV 1726 TWR DEB**

(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____ .

### B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, CHRISTOPHER HAWKINS
                                (print Plaintiff's name)
_____, who presently resides at 1173 FRONT STREET
                               (mailing address or place of confinement)
SAN DIEGO CENTRAL JAIL _____, were violated by the actions of
the below named individuals. The actions were directed against Plaintiff at COOO BLOCK
OF UNIVERSITY AVE, SAN DIEGO on (dates) 8-24-19, SAME , and SAME .
(institution/place where violation occurred)       (Count 1)    (Count 2)    (Count 3)

§ 1983 SD Form
(Rev. 8/15)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant _San Diego Police Dept_ resides in _San Diego_ ,
(name)                                          (County of residence)
and is employed as a ___Police Department___ . This defendant is sued in
(defendant's position/title (if any))
his/her □ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _Employing Corrupt Officers that violate citizens_
_Constitutional Rights._
_____ .

Defendant _Jonathan Alias #7743_ resides in _San Diego_ ,
(name)                                          (County of residence)
and is employed as a _San Diego Police Officer_ . This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _False Arrest._
_____ .

Defendant _Phillip Clay #5969_ resides in _San Diego_ ,
(name)                                          (County of residence)
and is employed as a _Police Officer_ . This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _Illegal Search and Seizure._
_____ .

Defendant _Blasie Schrader_ resides in _San Diego_ ,
(name)                                          (County of residence)
and is employed as a _Police Officer_ . This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _Defamation of Character_
_____ .

§ 1983 SD Form
(Rev. 8/15)                              2

2.

DEFENDANTS CONT:

⑤ - DEFENDANT: DANIEL CARO PRESO #5363 RESIDES IN SAN DIEGO AND IS EMPLOYED AS A POLICE SERGEANT. THIS DEFENDANT IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

COLOR OF LAW: FALSE ARREST, SLANDER, DEFAMATION OF CHARTER, AND ILLEGAL SEARCH AND SEIZURE.

⑥ - DEFENDANTS: STEVEN CHOY #6921 RESIDES IN SAN DIEGO AND IS EMPLOYED AS A POLICE DETECTIVE. THIS DEFENDANT IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

COLOR OF LAW: IMPEACHMENT, FALSE REPORT, CHARGES, UNLAWFUL DETAINMENT, SLANDER, HARASSMENT.

⑦ - DEFENDANTS: DOES 1 - 10.

2 CONTINUED.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: FALSE ARREST.

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

ON 8-24-19 THE PLAINTIFF FORMER DEFENDANT IN CASE #SCD-283104 - REFILED #SCD-288450 BY FIRST SGT. DANIEL CARRASCO AND OTHER JONATHAN Allos.

§ 1983 SD Form
(Rev. 8/15)

3

<u>Count 2:</u>  The following civil right has been violated: <u>Illegal Search And Seizure.</u>

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts:</u>   [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

On 8-24-19 Plaintiff was stopped without cause, Illegally Detained, Forced to the Ground And Illegally Searched By Officers: Daniel Caromeso #5365, Blasie Schrader, Philip Clay #59169. And Jonathan Allas #7743 on Pretense of the Suspect Description Ethnicity Being Black Through Witnesses of the 911 Caller And Falsely Arrested.

<u>Count 3</u>:  The following civil right has been violated:___DEFINATION OF CHARTER_____
(E.g., right to medical care, access to courts,

_____.

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:  [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

ON 8-24-19 AS OFFICERS CONDUCTED THEIR INVESTIGATIONS MULTIPLE OFFICERS INCLUDING BLAISE SCHRAMER MADE UN-PROFESSIONAL SLANDERIOUS, HOMOSEXUAL AND LUNINTENTLY ACCUSATIONS AND DENIED MEDICAL CARE WHILE CONDUCTING THEIR FALSE ARREST FALSELY USING STATEMENTS IN REPORTS USED TO SOLIDIFY CHARGES EVEN REQUESTING ADDITIONAL CHARGES AND ENHANCEMENTS AS MALICE AFORETHOUGHT WHICH REDEFENDED ON RECORD AT HEARINGS WHERE EVIDENCE WAS TAKEN.

### D. Previous Lawsuits and Administrative Relief

1.  Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case?  □ Yes  ☒ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____
_____.

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____.

(d)  Issues raised: _____
_____
_____
_____
_____.

(e)  Approximate date case was filed: _____.

(f)  Approximate date of disposition: _____.

2.  Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ?  □ Yes  ☒ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not exhausted.

_____
_____
_____
_____
_____
_____
_____
_____.

## E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):

Immediate "TRO Preventing Contact,

2. Damages in the sum of $ 250,000,000,000

3. Punitive damages in the sum of $ 750,000,000,000 .

4. Other: Additional Damages, Medical Expences And Legal Fees,

## F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

## G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

October 27th 2022

Date

Signature of Plaintiff

